

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01023-CV

**Lavena V. Hightower**

v.

**The State of Texas**

NO. 1270245 IN THE 182ND DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|:---:|:---:|:---:|:---:|:---:|
| N/A | N/A | N/A | N/A | N/A |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $0.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 3, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**